### LAMB *v.* DIXIE TRUST AND SECURITY COMPANY.

LUMPKIN, J. The verdict was supported by the evidence; and no ground of the motion for a new trial was insisted upon except the general grounds that the verdict was contrary to law and evidence and the weight of the evidence, and was without evidence to support it. The other ground of the motion was expressly abandoned in the brief of counsel for the plaintiff in error.

*Judgment affirmed. All the Justices concur, except Beck, J., absent.*
NOVEMBER 13, 1915.

Claim. Before Judge George. Crisp superior court. October 17, 1914.

*Pearson Ellis,* for plaintiff in error.

*E. F. Strozier, J. W. Dennard,* and *J. T. Hill,* contra.